IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FRANCIS TEJANI KUNDRA, | § | |
| NO.A20661647, | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. H-06-710 |
| | § | |
| T. JOHNSON, *et al.*, | § | |
| Defendants. | § | |

FINAL JUDGMENT

For the reasons stated in this Court's Opinion on Dismissal, this civil action is DISMISSED, with prejudice.

This is a final judgment.

The Clerk will provide a copy of this Order to the plaintiff.

SIGNED at Houston, Texas, on April 21, 2006.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE